Prob 19
(7/03)

**United States District Court**
**for the**
**District of Colorado**

DISTRICT OF
COLORADO

2006 AUG -9  A 11: 02

U.S.A. vs DOUGLAS D. TREMBLY

Docket No. 02-CR-245-RB

TO: [1] **Any United States Marshal or any other authorized officer.**

665858
31192-013

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE | | | | |
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. | | | | |
| NAME OF SUBJECT<br>DOUGLAS D. TREMBLY | | SEX<br>Male | RACE<br>White | AGE<br>53 |
| ADDRESS(STREET, CITY, STATE)<br>Last Known Address: 14420 N. Highway 83, Colorado Springs, Colorado 80921 | | | | |
| SENTENCE IMPOSED BY (NAME OF COURT)<br>United States District Court, Denver, Colorado | | | | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>United States District Court, Denver, Colorado | | | | |
| CLERK<br>GREGORY C. LANGHAM | (BY) DEPUTY CLERK | | DATE<br>8.9.05 | |

**SEE ATTACHMENT HERETO AND HEREIN INCORPORATED BY REFERENCE.**

| RETURN | | |
|---|---|---|
| Warrant received and executed<br>3/30/06 | DATE RECEIVED<br>3/30/16 | DATE EXECUTED<br>3/30/16 |
| EXECUTING AGENCY (NAME AND ADDRESS)   USMS<br>901 19th ST  DENV, CO 80294 | | |
| | | |
| NAME<br>Ed Zahn | (BY) | DATE<br>3-31-06 |

---

[1]Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the District of Colorado;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

1530