IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE**
**CRAIG B. SHAFFER**

Courtroom Deputy: Nel Steffens                FTR: CBS PM
                                              Date: April 4, 2006

Case No.: 02-cr-00245-REB

UNITED STATES OF AMERICA,                     Gregory Holloway

           Plaintiff,

vs.

DOUGLAS TREMBLY                               Robert Pepin for Warren Williamson

           Defendant.
_____

**PRELIMINARY AND DETENTION HEARING**
**ON SUPERVISED RELEASE VIOLATION**
_____

Court in session: 2:17 p.m.

Court calls case and appearances. Defendant is present in custody.

Defendant tenders a Waiver of Preliminary Hearing.

**ORDERED:**
- Court finds that Waiver is knowing and voluntary and accepts Waiver.
- This matter is bound over to the District Court for further proceedings.

Government is not seeking detention and recommends release on a $25,000 unsecured bond.
Court and counsel discuss issues involved with knowing where defendant is living.
**ORDERED:**
- Court finds that although the defendant's record does not suggest that he should be released, the Court will abide by the request of the Government and Defense counsel.
- Defendant shall be released on a $25,000 unsecured Appearance Bond.
- Defendant shall comply with all conditions set forth in the Order Setting Conditions of Release.
- Bond is executed, terms and conditions are reviewed, and defendant is released.

Court in recess: 2:29 p.m.
Hearing concluded.                     Hearing duration: 12 minutes